# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                  NO. 4:07CR00059-01 JLH

ANDRE B. JORDAN                                                               DEFENDANT

## ORDER

On September 26, 2013, Andre Jordan filed a motion for early termination of his supervised release.[1]

The Court directs the United States to respond to the motion for early termination of supervised release within fourteen days from the entry of this Order, after consulting with the United States Probation Office. The Court directs the Clerk to provide a copy of this motion to John Ray White, Chief of the Criminal Division for the United States Attorney for the Eastern District of Arkansas.

IT IS SO ORDERED this 7th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] The Court apologizes to Mr. Jordan for not being aware of this pending motion.